IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02427-WJM-KLM

NORTHGLENN GUNTHER TOODY'S, LLC,
a Colorado limited liability company,

Plaintiff,

v.

HQ8-10410-10450 MELODY LANE, LLC,
a Delaware limited liability company,

Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Northglenn Gunther Toody's, LLC, Plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order Denying Plaintiff's Motion for Preliminary Injunction entered in this action on November 4, 2016 (ECF No. 35), from the failure of the U.S. District Court to conduct an evidentiary hearing in connection therewith, and from the denial of the requested preliminary injunction against HQ8-10410-10450 MELODY LANE, LLC.

Respectfully submitted this 2nd day of December 2016

                                                                KARP NEU HANLON, P.C.

                                                                By:  */s James F. Fosnaught*
                                                                        James F. Fosnaught
                                                                        201 14th St., Suite 200
                                                                        P.O. Drawer 2030
                                                                        Glenwood Springs, CO 81602
                                                                        Telephone: (970) 945-2261
                                                                        Fax No.: (970) 945-7336
                                                                        jff@mountainlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the following party on this 2nd day of December, 2016 by ECF upon:

Steven Gurr
Cynthia Lowery-Graber
Bryan Cave, LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

*/s Erika Watkins*