## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2017, I electronically served the foregoing **DEFENDANT HQ8-10410-10450 MELODY LANE, LLC'S ANSWER TO AMENDED COMPLAINT AND JURY DEMAND** via CM/ECF to the following:

James F. Fosnaught
201 14th Street, Suite 200
P.O. Drawer 2030
Glenwood Springs, CO  81602
jff@mountainlawfirm.com

*s/Cynthia Lowery-Graber*