## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | August 15, 2017 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:     16-1468, Northglenn Gunther Toody's v. HQ8-10410-10450**
Dist/Ag docket: 1:16-CV-02427-WJM-KLM

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     James Fosnaught
        Stephen D. Gurr
        Morton Lewis
        Cynthia Lowery-Graber

EAS/sds